Oetken, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RASHIDA AYERS,

                               Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT, DETECTIVE ROBERT
DIPAOLA, Shield No. 6532, Tax Registry Unknown,
POLICE OFFICER WAYNE STANCZUK, Shield
No. Unknown, Tax Registry No. 898579, and
SERGEANT ROSALYN GREAUX, Shield No.
Unknown, Tax Registry No. 915832,

                               Defendants.
---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

09 Civ. 4961 (JPO) (JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 05 2013

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

KRESIBERG & MAITLAND, LLP
*Attorneys for Plaintiff*
75 Maiden Lane, Unit 603
New York, New York 10038
212.629.4970

By: _____
    Gary Maitland, Esq.

Dated: New York, New York
       2/5, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-159
New York, New York 10007
212.788.1357

By: _____
Erica M. Haber
Assistant Corporation Counsel

SO ORDERED:

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE
2/5/13